IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PETER JAMES SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-89-WKW |
| | ) | [WO] |
| WALMART STORES, INC., and | ) | |
| WALMART STORE #05348, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 7) to which Plaintiff filed an objection (Doc. # 8). Based upon a *de novo* review of the record, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 8) is OVERRULED;

(2) The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED;

(3) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is GRANTED; and

(3) This action is DISMISSED prior to service of process pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

Final judgment will be entered separately.

DONE this 12th day of May, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE